[No. 10823–6–III.   Division Three.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT GERALD BELSER, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 89–1–00111–3, Fred Van Sickle, J., entered May 8, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Shields, J.

[No. 10824–4–III.   Division Three.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD V. KRAMER, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 89–1–00112–1, Fred Van Sickle, J., entered May 8, 1990. *Stayed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Shields, J.

[No. 11136–9–III.   Division Three.   May 30, 1991.]

*In the Matter of the Personal Restraint of* COLTON COPELAND, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.